UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:                                                                    Chapter 13
STEVE WESLEY WELCH
PATRICIA DARLENE WELCH

                                                                                                 Case No. 11-10568 SDR

             Debtor(s)

## NOTICE TO MORTGAGEE OF FINAL PAYMENT

In accordance with the Debtor(s)' confirmed plan, all amounts due to be paid to the mortgage creditor listed below have been paid. Our last payment to the mortgage creditor was the month of 09/2015. This final payment may still be in transit. It will be the Debtor(s)' responsibility to resume direct payments to the mortgage creditor beginning with 10/2015. Therefore, the Trustee considers the Debtor(s)' mortgage current. Accordingly, the Trustee is preparing to close this case in order to issue the Chapter 13 Standing Trustee's Final Report and Account.

Within 21 days after service of this Notice, the mortgage creditor shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Chapter 13 Standing Trustee a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim, and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5). This statement shall itemize the required cure or post-petition amounts, if any, that the mortgage creditor contends remains unpaid as of the date of the statement. This statement shall be filed as a supplement to the mortgage creditor's proof of claim and is not subject to Rule 3001(f).

Mortgage Creditor / Court Claim No. 003:
SPECIALIZED LOAN SERVICING

Acct# - 15447/9717 BIRCHWOOD PK37
Property Address: 9717 Birchwood Oike

## CERTIFICATE OF SERVICE

The Chapter 13 Trustee hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid for the following on 9/24/15:

STEVE WESLEY WELCH
PATRICIA DARLENE WELCH
9717 BIRCHWOOD PIKE
HARRISON, TN 37341

KENNETH C RANNICK PC
4416 BRAINERD RD
CHATTANOOGA, TN 37411-

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129-2386
Acct# - 15447/9717 BIRCHWOOD PK37

/s/ Tara Lee
Chapter 13 Office Clerk
Kara L. West
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261